IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

STEPHEN TODD WOOD,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        CASE NO. 3:16-cv-901-TFM
                                      )        [wo]
NANCY A. BERRYHILL,                   )
Acting Commissioner of Social Security, )
                                      )
        Defendant.                    )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of this Court, it is

ORDERED, ADJUDGED, and DECREED that the decision of the Commissioner is

AFFIRMED. Judgment is entered in favor of the Defendant Commissioner and against the

Plaintiff Stephen Tood Wood and this case is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE this 27th of February, 2018.

                                    /s/ Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE